IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MADGE OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| METALCRAFT OF MAYVILLE, ) | NO. 4:05-CV-20 (CDL) |
| INC. ) | |
| ) | |
| v. ) | |
| ) | |
| KAWASAKI MOTORS CORP., ) | |
| U.S.A., And KAWASAKI MOTORS ) | |
| MANUFACTURING CORP., ) | |
| U.S.A., ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a) Third-Party Plaintiff

Metalcraft of Mayville, Inc., and Third-Party Defendants Kawasaki Motors Corp.,

U.S.A., and Kawasaki Motors Manufacturing Corp., U.S.A., through the signatures

of their counsel on this Stipulation of Dismissal having settled all issues asserted or

that could have been asserted in the above- referenced action stipulate to dismiss

this action with prejudice.  The parties further stipulate that each shall be

1

responsible for its respective costs of litigation. Pursuant to terms of Rule 41(a), *supra,* such dismissal does not require any order of this Court.

This 21st day of February, 2007.

Respectfully submitted,

| **The Elliot Law Firm** | **Page Scranton Sprouse Tucker & Ford, PC** |
|---|---|
| By: <u>s/ Tyron C. Elliot (with permission)</u><br>Tyron C. Elliot, Esq.<br>Georgia Bar No. 244700<br>Attorney for Plaintiff | By: <u>William L. Tucker (with permission)</u><br>William L. Tucker, Esq.<br>Georgia Bar No. 718050<br>James C. Clark, Jr., Esq.<br>Georgia Bar No. 127145<br>Attorneys for Defendant Metalcraft of Mayville, Inc. |

**Nelson Mullins Riley & Scarborough LLP**

By: <u>Taylor Tapley Daly</u>
Taylor Tapley Daly
Georgia Bar No. 697887
La'Keitha J. Daniels
Georgia Bar No. 204859
Attorneys for Kawasaki Motors Corp.
 U.S.A. and Kawasaki Motors Manufacturing
 Corp. U.S.A.